## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHUMAKE, DARRICK KEITH | § | Case No. 08-34350 |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 12/16/2008 . The undersigned trustee was appointed on 12/16/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $       20,001.78

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 300.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |

Leaving a balance on hand of[1]       $       19,701.78

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/07/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.18 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,750.18 , for a total compensation of $ 2,750.18 .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2009                    By:/s/Robert B. Katz
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:     08-34350    PSH    Judge: PAMELA S. HOLLIS
Case Name:   SHUMAKE, DARRICK KEITH

For Period Ending: 08/31/09

Trustee Name:                              Robert B. Katz
Date Filed (f) or Converted (c):           12/16/08 (f)
341(a) Meeting Date:                       01/26/09
Claims Bar Date:                           07/07/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 195,000.00 | 20,000.00 | | 20,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |
| 3. BANK ACCOUNTS | 350.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,050.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 100.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. FURS & JEWELRY | 10.00 | 0.00 | | 0.00 | FA |
| 8. INTERESTS IN INSURANCE POLICIES | 9,770.00 | 0.00 | | 0.00 | FA |
| 9. PENSION PLANS AND PROFIT SHARING | 40,000.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | 8,975.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $257,455.00        $20,000.00                        $20,001.78

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

Ver: 15.00

Page: 1

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-34350 -PSH |
| Case Name: | SHUMAKE, DARRICK KEITH |
| Taxpayer ID No: | ********8522 |
| For Period Ending: | 08/28/09 |

| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ********1885  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/09/09 | 1 | Darrick K. Shumake P.O. Box 4805 Chicago. IL 60680-4805 | Pending court approval | 1110-000 | 20,000.00 | | 20,000.00 |
| 04/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.29 | | 20,000.29 |
| 05/13/09 | 000101 | Sergio & Banks 1655 N. Damen Chicago. IL 60647 | For services rendered in accessing the value of the property. | 3711-000 | | 300.00 | 19,700.29 |
| 05/29/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,700.79 |
| 06/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,701.28 |
| 07/31/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,701.78 |

|  | | | COLUMN TOTALS | | 20,001.78 | 300.00 | 19,701.78 |
|  | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
|  | | | Subtotal | | 20,001.78 | 300.00 | |
|  | | | Less:  Payments to Debtors | | | 0.00 | |
|  | | | Net | | 20,001.78 | 300.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 20,001.78 | 300.00 | 19,701.78 |
| Money Market Account (Interest Earn - ********1885 | 20,001.78 | 300.00 | 19,701.78 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    20,001.78    300.00

Ver. 14.31c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-34350 | | Page 1 | | | Date: August 28, 2009 |
| Debtor Name: | SHUMAKE, DARRICK KEITH | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, LTD.<br>35 E. Wacker Dr<br>Suite 1550<br>Chicago, IL 60601-2207 | Administrative | | $924.50 | $0.00 | $924.50 |
| 5<br>001<br>3210-00 | DiMonte & Lizak<br>216 West Higgins Rd<br>Park Ridge, IL 60068 | Administrative | | $7,535.60 | $0.00 | $7,535.60 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Unsecured | | $4,647.74 | $0.00 | $4,647.74 |
| 000002<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,298.32 | $0.00 | $1,298.32 |
| 000003<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $565.29 | $0.00 | $565.29 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS<br>ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $5,397.55 | $0.00 | $5,397.55 |
| | Case Totals: | | | $20,369.00 | $0.00 | $20,369.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-34350
Case Name: SHUMAKE, DARRICK KEITH
Trustee Name: Robert B. Katz

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Robert B. Katz | $ 2,750.18 | $ 0.00 |
| Attorney for trustee: DiMonte & Lizak | $ 7,502.00 | $ 33.60 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, LTD. | $ 924.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,908.90  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  71.3  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,647.74 | $ 3,314.02 |
| 000002 | PYOD LLC its successors and assigns | $ 1,298.32 | $ 925.75 |
| 000003 | PYOD LLC its successors and assigns | $ 565.29 | $ 403.07 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | FIA CARD SERVICES, | | |
| 000004 | NA/BANK OF AMERICA | $ 5,397.55 | $ 3,848.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$ 0.00 .

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| SHUMAKE, DARRICK KEITH | ) | CASE NO. 08-34350-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S APPLICATION FOR
## COMPENSATION AND EXPENSES

TO:   THE HONORABLE PAMELA S. HOLLIS
       BANKRUPTCY JUDGE

NOW COMES ROBERT B. KATZ, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,750.18 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $20,001.78.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,500.18 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,750.18 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL:                    $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised to the undersigned in any capacity in connection with the above captioned case, except as previously authorized and approved by the Bankruptcy Court.

Executed this 31st day of August, 2009.

_____
Trustee

## TRUSTEE TIME RECORD
### Robert B. Katz
### Darrick Keith Shumake (08-34350)

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | **2009** | | | |
| 1/26/2009 | Print and review petition, conduct §341 Meeting of Creditors | 0.5 | $ 425.00 | $   212.50 |
| 2/5/2009 | Emails to Ira Goldberg & Geraci's office re: broker and reappraisal of property. | 1.0 | $ 425.00 | $   425.00 |
| 4/9/2009 | Receive and deposit payment to settle Trustee's claim in debtors real estate, establish case in files and system. | 1.5 | $ 425.00 | $   637.50 |
| 5/15/2009 | Receive and review monthly bank statement from Bank of America | 0.3 | $ 425.00 | $   127.50 |
| 6/15/2009 | Receive and review monthly bank statement from Bank of America | 0.3 | $ 425.00 | $   127.50 |
| 7/15/2009 | Receive and review monthly bank statement from Bank of America | 0.3 | $ 425.00 | $   127.50 |
| 8/6/2009 | Receive, review, execute, and mail federal and state income tax returns and request for prompt determination. | 1.0 | $ 425.00 | $   425.00 |
| 8/15/2009 | Receive and review monthly bank statement from Bank of America | 0.3 | $ 425.00 | $   127.50 |
| Various | T/c's and emails to Ira Goldberg re: particulars of use and his retention. | 1.0 | $ 425.00 | $   425.00 |
| Various | T/c's and emails to Ira Goldberg re: status and strategy to settle Trustee's interest in Debtor's real estate. | 2.0 | $ 425.00 | $   850.00 |
| Various | Preparation of Trustee's Final Report. | 10.0 | $ 425.00 | $  4,250.00 |

| | | | | |
|---|---|---|---|---|
| **Total for 2009** | | **18.2** | | $ **7,735.00** |

### Projected Additional Time

| | | | | |
|---|---|---|---|---|
| * | Electronic Filing of Trustee's Final Report | 2.0 | $ 425.00 | $ 850.00 |
| * | Attend Court hearing on the Final Report | 1.0 | $ 425.00 | $ 425.00 |
| * | Modify Distribution Report | 1.0 | $ 425.00 | $ 425.00 |
| * | Draft, sign and send final disbursement checks to creditors | 1.0 | $ 425.00 | $ 425.00 |
| * | Prepare Trustee's Final Account and File | 1.0 | $ 425.00 | $ 637.50 |
| * | Receive and review several future monthly bank statements from Bank of America | 2.0 | $ 425.00 | $ 850.00 |
| * | Preparation of 2009 Annual Trustee Interim Report | 1.0 | $ 425.00 | $ 425.00 |
| * | Record storage and future inquiries | 2.0 | $ 425.00 | $ 850.00 |
| | **Projected Additional Time Total** | **11.0** | | $ **4,887.50** |

### Summary of Time

| | | | |
|---|---|---|---|
| **Total for 2009** | **18.2** | | $ **7,735.00** |
| **Projected Additional Time** | **11.0** | | $ **4,887.50** |
| **Total Time** | **29.2** | | $ **12,622.50** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:  DARRICK K. SHUMAKE            )        CHAPTER 7
                                     )
                                     )        Case No.  08 B 34350
                    Debtor           )
                                     )        HON. PAMELA S. HOLLIS
                                     )

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:    POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:    ROBERT B. KATZ, TRUSTEE

Date of Order authorizing Employment: February 19, 2009

Period for Which
Compensation is Sought:  From August 1, 2009 through August 5, 2009

Amount of Fees Sought:   $ 924.50

Amount of Expense Reimbursement Sought:  $0

This is an:  Interim Application_____      Final Application__X___

Previous applications / allowances of this applicant:

Fees Sought:  NONE                    Fees Allowed:  NONE
Costs Sought:  NONE                   Costs Allowed:  NONE

                                          Applicant:

Date:  August 7, 2009            By:  _Lois West_____

                                      Lois West, CPA
                                      Certifying Professional

                                      POPOWCER KATTEN, LTD.
                                      35 E. Wacker Drive, Suite 1550
                                      Chicago, IL  60601-2207

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  DARRICK K. SHUMAKE      )     CASE NO. 08 B 34350

)

)     CHAPTER 7 CASE

)

)     JUDGE PAMELA S. HOLLIS

DEBTOR      )

TO:  THE HONORABLE PAMELA S. HOLLIS
BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.  The Petition commencing this case was filed on December 16, 2008 and this Court on February 19, 2009 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2.  Applicant requests $924.50 in compensation for 4.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period August 1, 2009 through August 5, 2009.

3.  A description of the nature of the services rendered by the Applicant are as follows:

Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the final year ended July 31, 2009 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 4.3 | $215 | $ 924.50 |
| Total | 4.3 | | $ 924.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $924.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: August 7, 2009                    RESPECTFULLY SUBMITTED,

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL  60601-2207



**Invoice No.** 23389

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

## POPOWCER KATTEN, LTD.
CERTIFIED PUBLIC ACCOUNTANTS

- Estate of Darrick K Shumake  (08 B 34350)
- c/o Robert B. Katz, Trustee
- Law Offices of Robert B. Katz
- 53 W. Jackson Blvd., Suite 1320
- Chicago, IL 60604

**Date:** August 7, 2009                    **Account No.:** KAZ18034L

For Professional Services Rendered:

For accounting and tax services rendered for the period August 1, 2009 through August 5, 2009 including preparation of the federal and state fiduciary income tax returns for the final year ended July 31, 2009 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                  | Hours | Rate    | Amount    |
|----------|------------------------|-------|---------|-----------|
| L. West  | Bankruptcy Specialist  | 4.3   | $215.   | $ 924.50  |
|          | Total due :            | 4.3   |         | $ 924.50  |

**EXHIBIT A**

**ESTATE OF DARRICK K. SHUMAKE  (08 B 34350)**

**Time Sort by Date**

## TAX RETURN PREPARATION

| Date | Description | Hours | Name |
|------|-------------|-------|------|
| 8/1/2009 | Tax Return Preparation - Review trustee forms 1 & 2 and motion to sell interest in real estate.  Calculate gain on sale of property. | 1.6 | L. West |
| 8/4/2009 | Tax Return Preparation - Preparation of workpapers and federal and state fiduciary returns for the final period ended 7/31/09.  Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848.  Make manual changes as needed. | 2.4 | L. West |
| 8/5/2009 | Tax Review - Final review - check assembly and sign federal and state fiduciary returns for the final period ended 7/31/09. | 0.3 | L. West |

Total hours    4.3

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
)
Darrick Keith Shumake, ) Case No. 08-34350
) Judge Pamela Hollis
) Hearing Date: February 19, 2009
Debtors. ) Hearing Time: 10:00 a.m.

## ORDER AUTHORIZING TRUSTEE TO RETAIN LOIS WEST OF THE FIRM OF POPOWCER, KATTEN, LTD. AS ACCOUNTANT TO THE TRUSTEE

This matter having been heard on the Trustee's Motion to Retain Accountant ("Motion"), due notice thereof having been given, the court having determined that this matter constitutes a core proceeding, it appearing to the court from the Motion that Lois West of the firm of Popowcer, Katten, Ltd. (the "Accountant"), proposed to be retained is eligible to represent the Trustee pursuant to the provisions of the Bankruptcy Code and the Rules of Bankruptcy Procedure, and that the Accountant is disinterested and represents no interest adverse to the estate; and the court having been fully advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1. Robert B. Katz, the trustee of the estate of the Debtor, is authorized to retain Lois West and the accounting firm of Popowcer, Katten, Ltd, as his accountants in this case; and

2. The compensation of Lois West and the firm of Popowcer, Katten, Ltd. shall be subject to and fixed by order of this court pursuant to fee petitions to be submitted in accordance with the applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

DATE:

FEB 1 9 2009

ENTERED:

Honorable Pamela Hollis
United States Bankruptcy Judge

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: DARRICK K. SHUMAKE    )    CASE NO. 08 B 34350
    )
    )    CHAPTER 7 CASE
    DEBTOR    )
    )    JUDGE PAMELA S. HOLLIS
    )

### ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period August 1, 2009 through August 5, 2009 in the amount of $924.50 and reimbursement of expenses in the amount of $0.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

_____

U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Darrick Keith Shumake, | ) | Case No. 08 B 34350 |
| | ) | |
| | ) | Honorable Judge Pamela Hollis |
| Debtors. | ) | |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicants:        **DiMonte & Lizak, LLC Counsel to Trustee ("D&L")**

Authorized to Provide
Professionals Services to:        **Trustee**

Date of Order Authorizing Employment:        **February 19, 2009**

Period for Which
Compensation is Sought:        **January 30, 2009 through close of case**

Amount of Fees Sought:        **$7,502.00**

Amount of Expenses
Reimbursement Sought:        **$33.60**

Total:        **$7,535.60**

This is an _____ Interim Application        __X__ Final Application

If this is not the first application filed herein by the this professional, disclosures as to all prior
fee applications: N/A

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The amount of fees and expenses paid to the Applicant to date of services rendered and expenses incurred herein is: N/A

Date:   July 17, 2009

Applicant:   _____ DiMonte & Lizak, LLC _____

By: _____ /s/ Ira P. Goldberg _____

Ira P. Goldberg
ARDC#: 6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Darrick Keith Shumake, | ) | Case No. 08 B 34350 |
| | ) | |
| | ) | Honorable Judge Pamela Hollis |
| Debtors. | ) | |

**FIRST AND FINAL APPLICATION TO THE COURT**
**OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL FOR THE TRUSTEE**

DiMonte & Lizak, LLC ("D&L"), counsel for Robert B. Katz, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $7,502.00 and reimbursement of expenses of $33.60. In support thereof, D&L respectfully states as follows:

**I. NARRATIVE SUMMARY**

1.   On or about December 16, 2008, Darrick Keith Shumake ("Debtor") filed a voluntary Chapter 7 petition.

2.   Robert B. Katz is the duly appointed and acting Trustee of the estate of the Debtor.

3.   For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

(a)   Previous requests, if any, for fees and expenses herein;

(b)   Previous awards, if any, of fees and expenses herein;

1

(c)     Disclosures related to professionals and para-professionals who have worked on this case;

(d)     Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)    Disclosures regarding the financial condition of this estate ("Estate").

4.      The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

Ira P. Goldberg (Developmental Partner)              $310.00

## II. CASE STATUS

5.      Professionals have been retained. The attorneys are Ira P. Goldberg and Di Monte & Lizak, LLC as legal counsel for the Trustee. To date approximately $20,000.00 in funds have been recovered.

## III. PROJECT SUMMARIES

6.      For the time period covered by this application D&L provided a wide variety of legal services to the Trustee. The services which were performed by D&L during such time period are categorized and described in detail on an itemized statement attached hereto and made part of as Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who worked on that matter, of the total number of hours (with dollar value) spent on that matter. The following is a statistical overview of the services performed by D&L for which it seeks compensation which includes the approximate hours expended by D&L for which it seeks compensation, the approximate value of those services and the amount of fees previously received by D&L:

2

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 5.20 hrs | $ 1,612.00 | N/A | N/A |
| 2. Creditors & Claims; | 3.10 hrs | $ 961.00 | N/A | N/A |
| 3. Discovery & Investigation | 10.90 hrs | `$ 3,379.00 | N/A | N/A |
| 4. Closing of Case | 5.0 hrs | $ 1,550.00 | N/A | N/A |
| **TOTAL** | **24.2 hrs** | **$7,502.00** | **N/A** | **N/A** |

7.     The following is a factual summary of the services provided and in certain cases the results achieved from on or about January 30, 2009 through the anticipated closing of this case:

(a)     **Case Administration:** D&L expended 5.20 hours of time related to this category. The work in this category includes, but is not limited to, preparing and appearing on motions to retain counsel and accountant, and corresponding with the Trustee and his paralegal about the status of the case. Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b)     **Creditors and Claims:** D&L expended 3.10 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing claims filed on ECF, and corresponding with Trustee and his paralegal to set a bar date for Claims. Detailed time entries related to the compensation sought for Creditors and Claims are contained in Exhibit **B**.

(c)     **Discovery and Investigation:** D&L expended 10.90 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating and reviewing the file online to determine which potential assets warranted future inquiries; determining that the only potential assets of value in this case was the Debtor's interest in the property and

3

improvements located at 2321 W. 120th Street, Blue Island, Illinois 60406; investigating the value

of said property; negotiating with the Debtor to purchase the Estate's right, title, and interest in the

property "as is", "where is" and with no warranties for the sum of $20,000.00 plus a waiver of the

Debtor's $15,000.00 homestead interest as against the proceeds of sale; and appearing on a motion

related thereto. Detailed time entries related to the compensation sought for Discovery and

Investigations are contained in Exhibit **B**.

(d)    **Closing of Case:** D&L has partially expended and anticipates expending at least 5.0

hours of time related to this category of work. The work in this category involves and is anticipated

to primarily involve the following:   1) preparation and presentation of fee applications; 2)

discussions with the Trustee and parties in interest related to the closing of this case, and 3)

appearances in court related to the closing of this case[1]. Detailed time entries related to the

compensation sought for Closing of Case are contained in Exhibit **B**.

8.    All of the services referred to hereinabove were reasonably necessary to be performed

in order that:

(a)    The interest of the estate and its creditors be adequately represented and defended;

and

(b)    To maximize the recovery to this estate and its creditors.

### IV. COMPUTATION OF COMPENSATION

9.    The services performed from January 30, 2009 through the anticipated closing of

this case required and are anticipated to require a total time expenditure of over 24.2 hours on the

part of the principals, associates and legal assistants of D&L. The services which D&L is seeking

---

[1] D&L estimates it has or will expend over 5.0 hours of time related to this category of
work, including work on fee petitions.

compensation are set forth with particularity at Exhibit **B.** Based on the nature, the extent and

value the services for which D&L is seeking compensation, the time spent on such services and

cost of comparable services other than those in the case under this title, such services have a

value of at least $7,502.00.

## V. EXPENSES

10.    In addition, D&L incurred certain reasonable necessary additional expenses during

its representation of the Trustee in the amount of $33.60 (Duplication costs for the Motion to

Approve Sale. A file set up fee of $25.00 has been written off). Moreover, as an additional overview

for the court, D&L provides the following information respecting the method it uses to record and

charge various types of expenses:.

(a)    **Telecopier Transmittals**: D&L does not charge for telecopier transmittals

unless they are extraordinary.

(b)    **Delivery Services:** Any persons wishing to engage either local messenger or

overnight services must fill out a delivery service slip, which requires the inclusion of client and

matter numbers. These slips are then sent to the D&L accounting department, where the data is

entered by client and matter number into the D&L computer. D&L's delivery charges are for actual

out-of-pocket expenses only.

(c)    **Photocopying**: Photocopying may be accomplished in one of two ways at

D&L. There are photocopying machines, controlled by computer key pads on every floor. Small

copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client

and matter number to which the job must be charged. Very large copying jobs are usually sent to

an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying. D&L has

5

written down that charge to 0.10¢ per page herein.

    (d)   **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI. CERTIFICATION

11.    D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

12.    This matter will be noticed for hearing along with the final report.

**WHEREFORE,** D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

    (a)    Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $7,502.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $33.60 (collectively, the "Allowance").

    (b)    Authorizing and directing the Trustee to pay the Allowance; and

    (c)    Granting such other and further relief as this Court deems just and equitable.

Dated: July 17, 2009.

                       Respectfully Submitted,

                       DiMonte & Lizak, LLC

                       By: /s/ Ira P. Goldberg
                       Ira P. Goldberg, One of its agents

Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

7

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

June 30, 2009

ROBERT B KATZ, TRUSTEE
DARRICK KEITH SHUMAKE BANKRUPTCY
223 W JACKSON BLVD STE 1010
CHICAGO, IL 60606

Invoice#   0
Client#   SHUMD1   00001
Billing through   06/30/2009

**CASE ADMINISTRATION**
**DARRICK KEITH SHUMAKE**
**CH 7   08 B 34350**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00



**PROFESSIONAL SERVICES**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/30/2009 | IPG | Reviewing file on line and running off schedules and other items related to potential assets(.30); reviewing same(.40); correspond with M Arreola related to the debtor's home(.20) | 0.90 hrs. | 279.00 |
| 02/04/2009 | IPG | Working on retention motion for D&L(.40); confer with Trustee(.10); confer with M Arreola regarding offer of $10K by debtor and request to update CMA( no charge for this time) | 0.50 hrs. | 155.00 |
| 02/05/2009 | IPG | Continued work on motion to retain counsel, affidavit and order(.40); drafting motion to retain accountant and related order(.40); correspond with R Katz related to case status and who to retain as accountant(..40); correspond with L West to advise her about the case and to see if her office is willing to be the accountant for the estate(.20) | 1.40 hrs. | 434.00 |
| 02/09/2009 | IPG | Continued work on Motion to retain counsel(.40) and motion to retain accountant(.20) and related orders and affidavits | 0.60 hrs. | 186.00 |
| 02/10/2009 | IPG | Finalize motion to retain counsel(.20) and motion to retain accountant for filing and service(.20) | 0.40 hrs. | 124.00 |
| 02/12/2009 | IPG | Follow up related to motions to retain counsel and accountant | 0.40 hrs. | 124.00 |

SHUMD1    SHUMAKE, DARRICK KEITH                        Invoice#  0        Page 2

| IPG | 02/19/2009 | | | 1.00 | 1.00 | 310.00 | | 310.00 |
|---|---|---|---|---|---|---|---|---|
| 02/19/2009 | IPG | Prepared for(.40) and appeared on Motion to retain counsel and accountant(.40); follow up related to same(.20) | | | | 1.00 hrs. | | 310.00 |

TOTAL PROFESSIONAL SERVICES                    $1,612.00

Billing Summary
Total professional services                $1,612.00
Total of new charges for this invoice        $1,612.00

**Total balance now due**                    **$1,612.00**

| IPG | 5.20 | 310.00 | $1,612.00 |
|---|---|---|---|
| | 5.20 | | $1,612.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

June 30, 2009

ROBERT B KATZ, TRUSTEE
DARRICK KEITH SHUMAKE BANKRUPTCY
223 W JACKSON BLVD STE 1010
CHICAGO, IL 60606

Invoice#  0
Client#  SHUMD1   00002
Billing through  06/30/2009

---

**CREDITORS & CLAIMS**
**DARRICK KEITH SHUMAKE**
**CH 7  08 B 34350**

| | | |
|---|---|---|
| Payments received since last invoice | | $0.00 |
| Balance brought forward | | $0.00 |

PROFESSIONAL SERVICES

| Date | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|
| 04/18/2009 | IPG | | Review Discover Card claim | 0.20 | hrs. | 62.00 |
| 04/27/2009 | IPG | | Reviewing three claims filed to date | 0.40 | hrs. | 124.00 |
| 05/15/2009 | IPG | | Reviewing claims(.40) and reviewing file related to bar date(.10) | 0.50 | hrs. | 155.00 |
| 06/01/2009 | IPG | | Reviewing claim from Bank of America(.20); pulling reviewing claims docket and the debtor's schedules regarding claims to date(.80) | 1.00 | hrs. | 310.00 |
| 06/05/2009 | IPG | | Reviewing claims to date | 0.40 | hrs. | 124.00 |
| 06/25/2009 | IPG | | Reviewing claims(.40) and docket in case to verify upcoming bar date and claims filed to date(.20) | 0.60 | hrs. | 186.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $961.00 |

Billing Summary

| | | |
|---|---|---|
| Total professional services | $961.00 | |
| Total of new charges for this invoice | $961.00 | |
| **Total balance now due** | **$961.00** | |

| | | | |
|---|---|---|---|
| IPG | 3.10 | 310.00 | $961.00 |

SHUMD1      SHUMAKE, DARRICK KEITH                              Invoice#   0                    Page  2

                                        3.10                              $961.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

June 30, 2009

ROBERT B KATZ, TRUSTEE
DARRICK KEITH SHUMAKE BANKRUPTCY
223 W JACKSON BLVD STE 1010
CHICAGO, IL  60606

Invoice#   0
Client#   SHUMD1      00003
Billing through   06/30/2009

---

**GENERAL DISCOVERY & INVESTIGATION**
**DARRICK KEITH SHUMAKE**
**CH 7   08 B 34350**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

## PROFESSIONAL SERVICES

| Date | | Description | Hours | | Rate | Amount |
|------|-----|-------------|-------|------|------|--------|
| 02/11/2009 | IPG | Review message from M Arreola regarding debtor's home(10); reviewing file(.10); correspond with M Shrake(.10); conferred with debtor's counsel to request a CMA(.10); reviewing same(.20) and forwarding additional information to M Shrake(.10) | 0.70 | hrs. | 310.00 | 217.00 |
| 02/24/2009 | IPG | Follow up with M Shrake(.30); correspond with M Arreola(.10) regarding value of home | 0.40 | hrs. | 310.00 | 124.00 |
| 02/27/2009 | IPG | Reviewing file(.40)and follow up with M Shrake related to residence(.10) | 0.50 | hrs. | 310.00 | 155.00 |
| 03/03/2009 | IPG | Correspond with M Shrake regarding the debtor's home | 0.10 | hrs. | 310.00 | 31.00 |
| 03/10/2009 | IPG | Confer with R Katz regarding case status(.10); reviewing correspondence previously sent to M Shrake(.10); correspond with M Shrake once again to request a range of value(.10) | 0.30 | hrs. | 310.00 | 93.00 |
| 03/13/2009 | IPG | Follow up with M Shrake related to requested valuation range analysis | 0.10 | hrs. | 310.00 | 31.00 |
| 03/25/2009 | IPG | Correspond with M Shrake related to debtor's home | 0.10 | hrs. | 310.00 | 31.00 |
| 03/30/2009 | IPG | Confer with Grace Sergio's office about the real | 0.40 | hrs. | 310.00 | 124.00 |

SHUMD1    SHUMAKE, DARRICK KEITH                    Invoice#   0              Page  2

estate (note more time expended than billed by
about .40)

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/2009 | IPG | Reviewing file related to the debtor's home(.10); correspond with M Arreola regarding the home(.10); correspond with R Katz related to same(.10) | 0.30 hrs. | 93.00 |
| 04/01/2009 | IPG | Confer with M Arreola regarding home and sale of equity therein to the Debtor(.10); confer with Mrs Sergio's office about same(.10); confer with V Sergio(.10) and follow up with R Katz related to same(.10) | 0.40 hrs. | 124.00 |
| 04/06/2009 | IPG | Correspond with M Arreola regarding negotiations and acceptance of $20K and a waiver of the Debtor's homestead in the proceeds(.40); working on draft Motion and Order regarding same and reviewing and revising same(1.10) | 1.50 hrs. | 465.00 |
| 04/08/2009 | IPG | Continued work on draft motion to sell and order related to proposed equity sale to the debtor(.40); correspond with R Katz related to same(.10) | 0.50 hrs. | 155.00 |
| 04/09/2009 | IPG | Correspond with R Katz related to real estate | 0.20 hrs. | 62.00 |
| 04/14/2009 | IPG | Finalizing sale motion for filing and service | 0.50 hrs. | 155.00 |
| 04/15/2009 | IPG | Follow up related to Motion to sell real estate with Trustee and also verified receipt and clearance of $20K in funds | 0.40 hrs. | 124.00 |
| 04/16/2009 | IPG | Follow up on sale of real estate by reviewing file(.40); consult with R Katz related to same(.20) | 0.60 hrs. | 186.00 |
| 04/20/2009 | IPG | Continued review of file related to real estate | 0.50 hrs. | 155.00 |
| 05/11/2009 | IPG | Pulling materials for court tomorrow and review Judge's docket | 0.50 hrs. | 155.00 |
| 05/12/2009 | IPG | Prepared for(.50) and appeared on Motion to Authorize sale of real estate(.50); met with R Katz after same(.40); review ECF notice regarding sale order(.10) | 1.50 hrs. | 465.00 |
| 05/14/2009 | IPG | Conferred with Sergio and Banks Marilyn regarding recent payment as per court order(.20); reviewing file related to real estate compromise(.40). | 0.60 hrs. | 186.00 |

SHUMD1      SHUMAKE, DARRICK KEITH                               Invoice#   0              Page  3

| | | | | |
|---|---|---|---|---|
| 05/15/2009 | IPG | Follow up related to real estate matter and review docket related to same | 0.40 hrs. | 124.00 |
| 05/26/2009 | IPG | Reviewing real estate file and noted file for dates to review claims | 0.40 hrs. | 124.00 |

TOTAL PROFESSIONAL SERVICES                           $3,379.00

Billing Summary
Total professional services                    $3,379.00
Total of new charges for this invoice          $3,379.00

**Total balance now due**                      **$3,379.00**

| IPG | 10.90 | 310.00 | $3,379.00 |
|---|---|---|---|
| | 10.90 | | $3,379.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

July 14, 2009

ROBERT B KATZ, TRUSTEE
DARRICK KEITH SHUMAKE BANKRUPTCY
223 W JACKSON BLVD STE 1010
CHICAGO, IL 60606

Invoice# 0
Client# SHUMD1   00028
Billing through 07/13/2009

---

**CLOSING OF CASE**
**DARRICK KEITH SHUMAKE**
**CH 7  08 B 34350**

| | |
|---|---|
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/13/2009 | IPG | Anticipated time for 1) additional work related to the preparation and presentation of a first and final fee application; 2) discussions with the Trustee and parties in interest related to the closing of this case; and 3) appearance (s) related to the anticipated closing of this case. | 5.00 hrs. | 1,550.00 |
| 07/13/2009 | IPG | Working on fee application(1.50) | 1.50 hrs. | 0.00 |

TOTAL PROFESSIONAL SERVICES            $1,550.00

Billing Summary
| | |
|---|---|
| Total professional services | $1,550.00 |
| Total of new charges for this invoice | $1,550.00 |

**Total balance now due**            **$1,550.00**

| | | | |
|---|---|---|---|
| IPG | 6.50 | 238.46 | $1,550.00 |
| | 6.50 | | $1,550.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

July 14, 2009

ROBERT B KATZ, TRUSTEE
DARRICK KEITH SHUMAKE BANKRUPTCY
223 W JACKSON BLVD STE 1010
CHICAGO, IL 60606

Invoice#  0
Client#  SHUMD1      00029
Billing through  07/13/2009

**CASH ADVANCED**
**DARRICK KEITH SHUMAKE**
**CH 7   08 B 34350**

Payments received since last invoice                    $0.00

Balance brought forward                                  $0.00

EXPENSES

| | | |
|---|---|---|
| 04/14/2009 | DUPLICATION (336) | 33.60 |

$33.60

Billing Summary
Total expenses incurred                  $33.60
Total of new charges for this invoice    $33.60

**Total balance now due**                $33.60

                      0.00              $0.00

**EXHIBIT A - SUMMARY SHEET**

In Re:

Darrick Keith Shumake,

)
) Chapter 7
)08-34350
)
)
) Hon. Pamela Hollis
) Bankruptcy Judge

Debtor.

| Fees Previously Requested | $-0- |
| Fees Previously Awarded | $-0- |
| Expenses Previously Requested | $-0- |
| Expenses Previously Awarded | $-0- |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

CURRENT APPLICATION:

| Fees Requested: | $ 7,502.00 |
| Expenses Requested: | $   33.60 |
| Total: | $ 7,535.60 |

**FEE APPLICATION**

| NAMES OF PROFESSIONALS/ | YEAR ADMITTED | HOURS BILLED | RATE | CURRENT APPLICATION |
|---|---|---|---|---|
| TOTAL APPLICATION | TO PRACTICE | | | |
| PARAPROFESSIONALS | | | | |

**ATTORNEYS**

| | | | | |
|---|---|---|---|---|
| Ira P. Goldberg (Developmental Partner) | 1983 | 24.2 | $310.00 | $   7,502.00 |
| Total: | | 24.2 | | $   7,502.00 |

**TOTAL BLENDED HOURLY RATE:**                        $310.00

$ 7,502.00

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                   )       Chapter 7
                                         )
Darrick Keith Shumake,                   )       Case No. 08 B 34350
                                         )
                                         )       Honorable Judge Pamela Hollis
              Debtors.                   )

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

| | | |
|---|---|---|
| 1. | Name of Applicant: | DiMonte & Lizak, LLC |
| 2. | Role of Applicant: | Counsel for Trustee |
| 3. | Name of Certifying Professional: | Ira P. Goldberg |
| 4. | Name of Person/Entity Reviewing Petition: | Robert B. Katz, Trustee |
| 5. | Result of Petition Review: | __X__ Approved ____ Disapproved |
| 6. | Explanation of Disapproval: | Not Applicable |
| 7. | Is Compensation Being Sought Pursuant to 11 U.S.C. § 503(b)? | ____ Yes _X_ No |
| 8. | Terms of Employment | Hourly rates/ 11 U.S.C. § 330, et seq. As per court order. |
| 9. | Promised Payment: | N/A |
| 10. | Source(s) of Compensation: | Monetary recoveries of the Estate. |
| 11. | Terms of Any Retainer: | N/A |
| 12. | Applicable caps on compensation or other charges: | N/A |

**EXHIBIT A**

13. Is compensation being
    sought less than 120 days
    after the order for relief:                    ___ Yes  _X_ No

14. Date and terms of order,
    if any, allowing shortened
    interval for fee petitions:                    N/A

15. Date of Fee Application:                       At final meeting

16. Dates of Services                              January 30, 2009 through
    Reimbursement Sought:                          and including the closing of this case

17. Total Gross Amount of
    Requested Professional
    Fees (from Exhibit B)                          $7,502.00

18. Remaining Non-Awarded
    Fee Retainer Received                          N/A

19. Remaining Non-Awarded
    Professional Fee Payments
    From Other Sources                             N/A

20. TOTAL "NET" AMOUNT
    OF REQUESTED
    PROFESSIONAL FEE                               $7,502.00

21. Total Gross Amount of Requested
    Reimbursement of Disbursements
    and Expenses (from Exhibit C)                  $33.60

22. Remaining Non-Awarded
    Cost Retainer Received                         $ N/A

23. Remaining Non-Awarded
    Other Cost Payments                            $ N/A

24. TOTAL "NET" AMOUNT
    OF REQUESTED
    DISBURSEMENT                                   $33.60

25.     TOTAL NET REQUESTED
        AWARD (FEES & COSTS
        FOR  FEE APPLICATION)          $7,535.60

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | December 16, 2008 |
| 2. | Date of Order Approving Professional Employment: | February 19, 2009 (Retroactive to January 30, 2009) |
| 3. | Date Services Commenced: | On or about January 30, 2009 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: Explanation: | N/A |

14.    Cash on Hand                                  Approx. $20,000.00

15.    Unencumbered Funds on Hand                    Approx. $20,000.00

16.    Accrued Administrative Expenses               $ Unknown
       a.    Attorney Fees
             and Expenses:                   $ Unknown - Fee Applications Pending

       b.    DIP Obligations:                        $ NONE

       c.    Accountants Fees
             and Expenses                            $ Undetermined

       d.    Requested Chapter
             7 Trustee Fee                           $ Undetermined

       e.    Chapter 11
             Trustee Fee                             $ N/A

       f.    Other:                                  $ Total unknown

17.    Total Prior Interim
       Professional Fees Awarded                     $ N/A

18.    Total Prior Interim
       Expenses Awarded:                             $N/A

19.    Total Professional Fee
       Payments From Other Sources:                  $N/A

       (a)    (Date: _____; $_____)

20.    Total Cost Payments From
       Other Sources:                                $N/A

       (a)    (Date: _____; $_____)
       (b)    (Date: _____; $ _____)