# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHUMAKE, DARRICK KEITH | § | Case No. 08-34350 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/28/2009                    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard, Suite 1320, Chicago, IL 60604*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SHUMAKE, DARRICK KEITH § Case No. 08-34350
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 20,002.28 |
| *and approved disbursements of* | $ | 300.00 |
| *leaving a balance on hand of*[1] | $ | 19,702.28 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Robert B. Katz* | $ 2,750.23 | $ 0.00 |
| *Attorney for trustee: DiMonte & Lizak* | $ 7,502.00 | $ 33.60 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, LTD.* | $ 924.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,908.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 71.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,647.74 | $ 3,314.19 |
| 000002 | PYOD LLC its successors and assigns | $ 1,298.32 | $ 925.80 |
| 000003 | PYOD LLC its successors and assigns | $ 565.29 | $ 403.09 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,397.55 | $ 3,848.87 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*Robert B. Katz*
*53 West Jackson Boulevard, Suite 1320, Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cgreen                 Page 1 of 2                   Date Rcvd: Sep 29, 2009
Case: 08-34350                 Form ID: pdf006              Total Noticed: 52

The following entities were noticed by first class mail on Oct 01, 2009.
db            +Darrick Keith Shumake,    2321 W. 120th St.,    Blue Island, IL 60406-1128
aty           +Dimonte & Lizak,    DiMonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
aty           +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty           +Mario M Arreola,    Law Offices Of Peter Francis Geraci,    55 East Monroe St Suite #3400,
                Chicago, IL 60603-5920
tr             Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
                Chicago, IL  60604
12966381      +AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
12966355      +AT&T Universal Card Svcs.,    Bankruptcy Department,    8787 Baypine Rd.,
                Jacksonville, FL 32256-8528
12966392      +Advanced Call Center Tech.,    Bankruptcy Department,    PO Box 8457,    Gray, TN 37615-0457
12966386      +Baker, Kline & Wade,    Bankruptcy Department,    5237 NW 33rd,    Fort Lauderdale, FL 33309-6302
12966364      +Bank of America,    Bankruptcy Dept,    PO Box 1390,    Norfolk, VA 23501-1390
12966350      +Bank of America/MBNA,    Bankruptcy Department,    PO Box 15026,    Wilmington, DE 19850-5026
12966358      +Best Buy/Beneficial/HSBC,    Bankruptcy Department,    Box 15518,    Wilmington, DE 19850-5518
12966361      +Blitt and Gaines, PC,    Bankruptcy Department,    661 Glenn Ave.,    Wheeling, IL 60090-6017
12966360      +COMDATA,    Attn: Bankruptcy Dept.,    5301 Maryland Way,    Brentwood, TN 37027-5028
12966383      +Capital Management Services,    Bankruptcy Department,    726 Exchange St., Ste. 700,
                Buffalo, NY 14210-1464
12966354      +Carson/HSBC,    Bankruptcy Department,    PO Box 15524,    Wilmington, DE 19850-5524
12966353      +Chase,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
12966389      +Chase,    Bankruptcy Department,    PO Box 182223,    Columbus, OH 43218-2223
12966388      +Chase,    Bankruptcy Department,    PO Box 9001022,    Louisville, KY 40290-1022
12966382      +Chase,    Bankruptcy Department,    PO Box 94014,    Palatine, IL 60094-4014
12966387      +Chase,    Attn: Bankruptcy Dept.,    PO Box 9001022,    Louisville, KY 40290-1022
12966378      +Citi Cards,    Bankruptcy Department,    PO Box 6077,    Sioux Falls, SD 57117-6077
12966379       City of Chicago Bureau Parking,    Bankruptcy Department,    333 S. State St., Rm. 540,
                Chicago, IL 60604
12966362       Clerk of Circuit Court,    07-M1-120155,    661 Glenn Ave.,    Chicago, IL 60602
12966390      +Credit Collection Services,    Bankruptcy Department,    Two Wells Ave.,    Newton, MA 02459-3208
12966393       Dell Financial Services,    Bankruptcy Department,    12334 N IH 35,    Austin, TX 78753
13990641       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
12966391      +FIA Card Services,    Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19850-5137
12966356      +FNCS,    Bankruptcy Department,    2421 N. Glassell St.,    Orange, CA 92865-2705
12966371      +GMAC,    Bankruptcy Department,    15303 S. 94th Ave.,    Orland Park, IL 60462-3825
12966369      +GMAC,    Bankruptcy Department,    PO Box 2150,    Greeley, CO 80632-2150
12966376      +Harik A. Grawal,    Attn: Bankruptcy Dept.,    777 Oakmont Lane, #1600,    Westmont, IL 60559-5577
12966359      +Harris Bank,    Bankruptcy Dept.,    3800 Golf Rd. Suite 300,    Rolling Meadows, IL 60008-4037
12966377      +Holy Cross Hospital,    Bankruptcy Department,    PO Box 739,    Moline, IL 61266-0739
12966357      +Home Depot/Citibank,    Bankruptcy Department,    PO Box 6003,    Hagerstown, MD 21747-6003
12966372      +IRS Non-Priority,    Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114-0326
12966366       MBNA America,    Bankruptcy Department,    PO Box 15019,    Wilmington, DE 19886-5019
12966370      +Menards/Household Bank,    Attn: Bankruptcy Department,    PO Box 15524,
                Wilmington, DE 19850-5524
12966374      +Metro Center for Health,    Bankruptcy Department,    500 E. Ogden Ave., Ste. C,
                Hinsdale, IL 60521-2480
12966363       Miracle Enterprises,    231 W. 120th st.,    Blue Island, IL 60406
12966352      +NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
                Horsham, PA 19044-2308
12966394      +Oxford Mgmt.,    Bankruptcy Department,    PO Box 1991,    Southgate, MI 48195-0991
13834818      +PYOD LLC its successors and assigns,    as assignee of Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
12966380      +Secretary of State,    Attn: Safety & Financial Resp,    2701 S. Dirksen Pkwy.,
                Springfield, IL 62723-0002
12966373      +St. Francis Hospital,    Bankruptcy Department,    12935 S. Gregory St.,
                Blue Island, IL 60406-2428
12966365      +Sunrise Credit Services, Inc.,    Bankruptcy Department,    PO Box 9100,
                Farmingdale, NY 11735-9100
12966385      +Taffe Trucking,    Attn: Bankruptcy Dept.,    14223 Dante Ave.,    Dolton, IL 60419-1348
12966375      +Thorek Hospital,    Bankruptcy Department,    850 W. Irving Park Rd.,    Chicago, IL 60613-3077
12966384      +Waggoners Trucking,    c/o 3-D Financial Svc.,    PO Box 369,    Dale, OK 74851-0369
12966349      +Washington Mutual Home Loans,    Bankruptcy Department,    11200 W Parkland Ave,    PO Box 3139,
                Milwaukee, WI 53201-3139

The following entities were noticed by electronic transmission on Sep 29, 2009.
13795829       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2009 04:31:38      DISCOVER BANK,
                DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO   43054-3025
12966368       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2009 04:31:38      Discover Financial,
                Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12966351*     +Bank of America/MBNA,    Bankruptcy Department,    PO Box 15026,    Wilmington, DE 19850-5026
12966367*     +NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
                Horsham, PA 19044-2308
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: cgreen              Page 2 of 2              Date Rcvd: Sep 29, 2009
Case: 08-34350                 Form ID: pdf006           Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2009**                    **Signature:**        _Joseph Speetjens_