UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
SHUMAKE, DARRICK KEITH              §     Case No. 08-34350
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter   on             . The case was pending for     months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Robert B. Katz_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Best Buy/Beneficial/HSBC<br>Bankruptcy Department<br>Box15518<br>Wilmington, DE 19850 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dell Financial<br>Bankruptcy Department<br>12334 N. IH 35<br>Austin, TX 78753 | | | | | |
| GMAC<br>Bankruptcy Department<br>P.O. Box 2150<br>Greeley, CO 80632 | | | | | |
| Wshngtn. Mutual Home Loans<br>Bankruptcy Department<br>11200 W. Parkland Ave<br>P.O. Box 3139 | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| DIMONTE & LIZAK | | | | | |
| DIMONTE & LIZAK | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| SERGIO & BANKS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T<br>Bankruptcy Dept.<br>1585 Waukegan Rd.<br>Waukegan, IL 60085 | | | | | |
| AT&T Universal Card Svcs.<br>Bankruptcy Department<br>8787 Baypine Rd.<br>Jacksonville, FL 32256 | | | | | |
| Bank of America<br>Bankruptcy Dept<br>PO Box 1390<br>Norfolk, Va 23501 | | | | | |
| Bank of America/MBNA<br>Bankruptcy Department<br>PO Box 15026<br>Wilmington, DE 19850 | | | | | |
| Bank of America/MBNA<br>Bankruptcy Department<br>PO Box 15026<br>Wilmington, DE 19850 | | | | | |
| COMDATA<br>Attn: Bankruptcy Dept.<br>5301 Maryland Way<br>Brentwood, TN 37027 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carson/HSBC<br>Bankruptcy Department<br>PO Box 15524<br>Wilmington | | | | | |
| Chase<br>Attn: Bankruptcy Dept.<br>PO Box 9001022<br>Louisville, KY 40290 | | | | | |
| Chase<br>Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850 | | | | | |
| Chase<br>Bankruptcy Department<br>PO Box 182223<br>Columbus, OH 43218 | | | | | |
| Chase<br>Bankruptcy Department<br>PO Box 9001022<br>Louisville, KY 40290 | | | | | |
| Chase<br>Bankruptcy Department<br>PO Box 94014<br>Palatine, IL 60094 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Cards<br>Bankruptcy Department<br>PO Box 6077<br>Sioux Falls, SD 57117 | | | | | |
| City of Chicago Bureau parking<br>Bankruptcy Department<br>333 S. State St<br>Rm 540<br>Chicago, IL 60604 | | | | | |
| Discover Financial<br>Bankruptcy Department<br>PO Box 15316<br>Wilmington, DE 19850 | | | | | |
| FIA Card Services<br>Bankruptcy Department<br>PO Box 15137<br>Wilmington, DE 19850 | | | | | |
| GMAC<br>Bankruptcy Department<br>15303 S. 94th Ave.<br>Orland Park, IL 60462 | | | | | |
| Harik A. Grawal<br>Attn: bankruptcy Dept.<br>777 Oakmont Lane<br>#1600<br>Westmont, IL 60559 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Bank<br>Bankruptcy Dept.<br>3800 Golf Rd<br>Suite 300<br>Rolling Meadows, IL 60008 | | | | | |
| Holy Cross Hospital<br>Bankruptcy Department<br>PO Box 739<br>Moline, IL 61266 | | | | | |
| Home Depot/Citibank<br>Bankruptcy Department<br>PO Box 6003<br>Hagerstown, MD 21747 | | | | | |
| IRS Non-Priority<br>Attn: Bankruptcy Dept.<br>Box 21126<br>Philadelphia, PA 19114 | | | | | |
| MBNA America<br>Bankruptcy Department<br>PO Box 15019<br>Wilmington, DE 19886-5019 | | | | | |
| Menards/Household Bank<br>Attn: Bankruptcy Department<br>PO Box 15524<br>Wilmington, DE 19850 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Metro Center for Health<br>Bankruptcy Department<br>500 E. Ogden Ave<br>Ste. C<br>Hinsdale, IL 60521 | | | | | |
| St. Francis Hospital<br>Bankruptcy Department<br>12935 S. gregory St.<br>Blue Island, IL 60406 | | | | | |
| Taffe Trucking<br>Attn: Bankruptcy Dept.<br>14223 Dante Ave.<br>Dolton, IL 60419 | | | | | |
| Thorek Hospital<br>850 W. Irving Park Rd.<br>Chicago, IL 60613 | | | | | |
| Waggoners Trucking<br>c/o 3-D Financial Svc.<br>PO Box 369<br>Dale, OK 74851 | | | | | |
| DISCOVER BANK | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-34350 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|---|
| Case Name: | SHUMAKE, DARRICK KEITH | | | | Date Filed (f) or Converted (c): | 12/16/08 (f) |
| | | | | | 341(a) Meeting Date: | 01/26/09 |
| For Period Ending: | 12/29/09 | | | | Claims Bar Date: | 07/07/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 195,000.00 | 20,000.00 | | 20,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.22 | FA |
| 3. BANK ACCOUNTS | 350.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,050.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 100.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. FURS & JEWELRY | 10.00 | 0.00 | | 0.00 | FA |
| 8. INTERESTS IN INSURANCE POLICIES | 9,770.00 | 0.00 | | 0.00 | FA |
| 9. PENSION PLANS AND PROFIT SHARING | 40,000.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | 8,975.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $257,455.00   $20,000.00   $20,003.22   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.05a

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-34350 -PSH | | Trustee Name: | Robert B. Katz |
| Case Name: | SHUMAKE, DARRICK KEITH | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1885  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8522 | | | |
| For Period Ending: | 12/29/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/09/09 | 1 | Darrick K. Shumake P.O. Box 4805 Chicago, IL 60680-4805 | Pending court approval | 1110-000 | 20,000.00 | | 20,000.00 |
| 04/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.29 | | 20,000.29 |
| 05/13/09 | 000101 | Sergio & Banks 1655 N. Damen Chicago, IL 60647 | For services rendered in accessing he value of the property. | 3711-000 | | 300.00 | 19,700.29 |
| 05/29/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,700.79 |
| 06/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,701.28 |
| 07/31/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,701.78 |
| 08/31/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-002 | 0.50 | | 19,702.28 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-002 | 0.49 | | 19,702.77 |
| 10/29/09 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-002 | 0.45 | | 19,703.22 |
| 10/29/09 | | Transfer to Acct #*******1966 | Final Posting Transfer | 9999-000 | | 19,703.22 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,003.22 | 20,003.22 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 19,703.22 | |
| Subtotal | 20,003.22 | 300.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,003.22 | 300.00 | |

Page Subtotals   20,003.22   20,003.22

Ver: 15.05a

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34350 -PSH | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | SHUMAKE, DARRICK KEITH | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8522 | | | |
| For Period Ending: | 12/29/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/09 | | Transfer from Acct #*******1885 | Transfer In From MMA Account | 9999-000 | 19,703.22 | | 19,703.22 |
| 10/29/09 | 000101 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,750.18 | 16,953.04 |
| 10/29/09 | 000102 | Popowcer Katten, LTD.<br>35 E. Wacker Dr<br>Suite 1550<br>Chicago, IL 60601-2207 | Accountant for Trustee Fees & Expns | 3410-000 | | 924.50 | 16,028.54 |
| 10/29/09 | 000103 | DiMonte & Lizak<br>216 West Higgins Rd<br>Park Ridge, IL 60068 | Claim 5, Payment 100.00000%<br>Attorney for Trustee Fees & Expense | | | 7,535.60 | 8,492.94 |
| | | | Fees            7,502.00 | 3210-000 | | | 8,492.94 |
| | | | Expenses           33.60 | 3220-000 | | | 8,492.94 |
| 10/29/09 | 000104 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Claim 000001, Payment 71.31595% | 7100-000 | | 3,314.58 | 5,178.36 |
| 10/29/09 | 000105 | PYOD LLC its successors and assigns<br>as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 71.31601% | 7100-000 | | 925.91 | 4,252.45 |
| 10/29/09 | 000106 | PYOD LLC its successors and assigns<br>as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 71.31561% | 7100-000 | | 403.14 | 3,849.31 |
| 10/29/09 | 000107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Claim 000004, Payment 71.31587% | 7100-000 | | 3,849.31 | 0.00 |
| | | | Page Subtotals | | 19,703.22 | 19,703.22 | |

Ver: 15.05a

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-34350 -PSH | | Trustee Name: | Robert B. Katz |
| Case Name: | SHUMAKE, DARRICK KEITH | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8522 | | | |
| For Period Ending: | 12/29/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | | | | | |

```
                                        COLUMN TOTALS           19,703.22      19,703.22        0.00
                                Less:  Bank Transfers/CD's      19,703.22           0.00
                            Subtotal                                 0.00      19,703.22
                                Less:  Payments to Debtors                          0.00
                            Net                                      0.00      19,703.22

                                                                                 NET        ACCOUNT
                            TOTAL - ALL ACCOUNTS           NET DEPOSITS   DISBURSEMENTS    BALANCE
Money Market Account (Interest Earn - ********1885)           20,003.22         300.00        0.00
Checking Account (Non-Interest Earn - ********1966)                0.00      19,703.22        0.00
                                                          -------------   -------------   ---------
                                                              20,003.22      20,003.22        0.00
                                                          =============   =============   =========
                                                        (Excludes Account (Excludes Payments  Total Funds
                                                            Transfers)      To Debtors)      On Hand
```

Page Subtotals    0.00    0.00

Ver: 15.05a

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*